BENJAMIN B. WAGNER
United States Attorney
MICHELE THIELHORN
Assistant U.S. Attorney
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Fax: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE: 1:11-MJ-201-GSA |
| Plaintiff, | ORDER REGARDING OVERPAYMENT OF SPECIAL ASSESSMENT FEE |
| v. | |
| DLM FARMS, INC., | |
| Defendant. | |

This matter is before the Court on the United States' Motion to refund to defense counsel an overpayment of special assessment fees. The Court, having considered the Motion and being sufficiently advised in the premises,

IT IS ORDERED: The Clerk of Court is directed to issue a $75.00 check constituting a refund of overpayment of special assessment fees in this matter to defense counsel Ted Frame, Law Offices of Frame & Matsumoto, 201 Washington Street, Coalinga, California, 93210.

DATED: December 5, 2011

THE HONORABLE GARY S. AUSTIN
United States Magistrate Judge

1